IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 2:14-cv-12594-NGE-PJK |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-18, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
DOE #18, OWNER OF IP ADDRESS 68.32.95.73**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 18, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 68.32.95.73.

DATED:  September 26, 2014         Respectfully submitted,

　　　　　　　　　　　　　　　　　Dallas Buyers Club, LLC,

　　　　　　　　　　　　　　　　　By : s/Paul J. Nicoletti
　　　　　　　　　　　　　　　　　　　Paul Nicoletti  (P-44419)
　　　　　　　　　　　　　　　　　　　NICOLETTI LAW, PLC
　　　　　　　　　　　　　　　　　　　33717 Woodward Avenue, Ste. #433
　　　　　　　　　　　　　　　　　　　Birmingham, MI 48009
　　　　　　　　　　　　　　　　　　　Landline: (248) 203-7800
　　　　　　　　　　　　　　　　　　　eFax: (248) 928-7051
　　　　　　　　　　　　　　　　　　　Email:  pauljnicoletti@gmail.com
　　　　　　　　　　　　　　　　　　　http://www.nicolettilawplc.com

　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF
　　　　　　　　　　　　　　　　　　　DALLAS BUYERS CLUB, LLC